Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

RECEIVED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

AUG 12 2025

KEVIN P. WEIMER, Clerk
By: _____ Deputy Clerk

# UNITED STATES DISTRICT COURT

for the

Northern District of Georgia ▾

_____Atlanta_____ Division

| | | |
|---|---|---|
| CESALI MURRAY; et al., | ) | Case No. **1:25-CV-4551** |
| | ) | *(to be filled in by the Clerk's Office)* |
| | ) | |
| _____ | ) | |
| *Plaintiff(s)* | ) | Jury Trial: *(check one)* ☑ Yes ☐ No |
| *(Write the full name of each plaintiff who is filing this complaint.* | ) | |
| *If the names of all the plaintiffs cannot fit in the space above,* | ) | |
| *please write "see attached" in the space and attach an additional* | ) | |
| *page with the full list of names.)* | ) | |
| **-v-** | ) | |
| CLAYTON COUNTY POLICE DEPARTMENT, | ) | |
| JEREMY SANDERS; NICHOLAS DEATON; TODD | ) | |
| STOYKA; CHARLES SULLY; RYAN RICHEY; | ) | |
| MICHAEL RUPPERT; et al., | ) | |
| *Defendant(s)* | ) | |
| *(Write the full name of each defendant who is being sued. If the* | ) | |
| *names of all the defendants cannot fit in the space above, please* | ) | |
| *write "see attached" in the space and attach an additional page* | ) | |
| *with the full list of names.)* | ) | |

## COMPLAINT FOR A CIVIL CASE

### I. The Parties to This Complaint

#### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | CESALI MURRAY |
| Street Address | 5550 Wilson blvd |
| City and County | Morrow, Clayton |
| State and Zip Code | GA 30260 |
| Telephone Number | (943) 269-0221 |
| E-mail Address | cesali.murray@gmail.com |

#### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Defendant No. 1

    Name     CLAYTON COUNTY POLICE DEPARTMENT

    Job or Title *(if known)*     Agency

    Street Address     7911 N Mcdonough St, Ga 30236

    City and County     Jonesboro, Clayton

    State and Zip Code     Ga, 30236

    Telephone Number     (770) 477-3747

    E-mail Address *(if known)*

Defendant No. 2

    Name     JEREMY SANDERS

    Job or Title *(if known)*     Officer

    Street Address     7911 N Mcdonough St, Ga 30236

    City and County     Jonesboro, Clayton

    State and Zip Code     Ga, 30236

    Telephone Number     (770) 477-3747

    E-mail Address *(if known)*

Defendant No. 3

    Name     NICHOLAS DEATON

    Job or Title *(if known)*     Officer

    Street Address     7911 N Mcdonough St, Ga 30236

    City and County     Jonesboro, Clayton

    State and Zip Code     Ga, 30236

    Telephone Number     (770) 477-3747

    E-mail Address *(if known)*

Defendant No. 4

    Name     TODD STOYKA

    Job or Title *(if known)*     Officer

    Street Address     7911 N Mcdonough St, Ga 30236

    City and County     Jonesboro, Clayton

    State and Zip Code     Ga, 30236

    Telephone Number     (770) 477-3747

    E-mail Address *(if known)*

Defendant No. 5

Name: RYAN RICHEY

Job Title (if known) : Officer

Street Address: 7911 N McDonough St, Ga 30236

City and County: Jonesboro, Clayton

State and Zip Code: Ga, 30236

Telephone Number: (770) 477-3747

E-mail Address (if known):

Defendant No. 6

Name: CHARLES SULLY

Job or Title (if known): Officer

Street Address: 7911 N McDonough St, Ga 30236

City and County: Jonesboro, Clayton

State and Zip Code: Ga, 30236

Telephone Number: (770) 477-3747

E-mail Address (if known)

Defendant No. 7

Name: MICHAEL RUPPERT

Job or Title (if known): Officer

Street Address: 7911 N McDonough St, Ga 30236

City and County: Jonesboro, Clayton

State and Zip Code: Ga, 30236

Telephone Number: (770) 477-3747

E-mail Address (if known):

## II.    Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power).  Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties.  Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case.  Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case.  In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☑ Federal question              ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A.    If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

18 U.S.C. § 1752
25 CFR § 11.411
42 U.S.C. § 1983
4th  Amendment violation
Unlawful detention

### B.    If the Basis for Jurisdiction Is Diversity of Citizenship

1.    The Plaintiff(s)

a.    If the plaintiff is an individual

The plaintiff, *(name)* _____ , is a citizen of the

State of *(name)* _____ .

b.    If the plaintiff is a corporation

The plaintiff, *(name)* _____ , is incorporated

under the laws of the State of *(name)* _____ ,

and has its principal place of business in the State of *(name)*

_____ .

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.    The Defendant(s)

a.    If the defendant is an individual

The defendant, *(name)* _____ , is a citizen of

the State of *(name)* _____ . Or is a citizen of

*(foreign nation)* _____ .

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

    b.    If the defendant is a corporation

        The defendant, *(name)* Clayton county Police department ___ , is incorporated under

        the laws of the State of *(name)* Georgia ___ , and has its

        principal place of business in the State of *(name)* Clayton County police ___ .

        Or is incorporated under the laws of *(foreign nation)* ___ ,

        and has its principal place of business in *(name)* ___ .

    *(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

    3.    The Amount in Controversy

        The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

        Pain and Suffering: 5,000,000.00.00 This arest and charges forced me into homlessness. Mental and Emotional Distress: 5,000,000.00 Officers purposly neglected my kid. This resulted in him being harmed.
Punitive Damages: 5,000,000.00 I want police penalized to prevent this from happening again.
Defamation of character: 5,000,000.00 Officers discussed false information about my arrest.

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

On 02/16/2023. Officers entered my home without a warrant during a power trip and arrested me because i told them I was not allowing them to search my property. After the arrest they again entered an searched my property. During my arrest I was also assulted. After this I asked the police to allow me to contact someone to retrieve my son but they refused to allow me to an slammed the car door on me. I was held in the police car for hours after my phone was taken so they could search my home. This resulted in my son being left and harmed by strangers during my two day incarceration. Officers also falsafied 5 charges to apply to my record one of which was a felony. This forced me to be evicted and to lose employment. My bond was also extremely high.

## IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

Pain and Suffering: 5,000,000.00.00 This arest and charges forced me into homlessness.
Mental and Emotional Distress: 5,000,000.00 Officers purposly neglected my kid. This resulted in him being harmed.
Punitive Damages: 5,000,000.00 I want police penalized to prevent this from happening again.
Defamation of character: 5,000,000.00 Officers discussed false information about my arrest to more then two people.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## V.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served.  I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:  _____

Signature of Plaintiff       _____

Printed Name of Plaintiff    _____

### B.    For Attorneys

Date of signing:  _____

Signature of Attorney        _____

Printed Name of Attorney     _____

Bar Number                   _____

Name of Law Firm             _____

Street Address               _____

State and Zip Code           _____

Telephone Number             _____

E-mail Address               _____